UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTONIO MURRAY, )
)
        Petitioner, )
)
v. ) Civil Action No. 05-2220 (HHK)
)
UNITED STATES PAROLE COMMISSION, )
et al., )
)
        Respondents. )

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 14h day of December, 2005,

ORDERED that respondent, by counsel, shall, within __20__ days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden, the United States Parole Commission, and the United States Attorney for the District of Columbia.

/s/
HENRY H. KENNEDY, JR.
United States District Judge