# **EXHIBIT A-1**

JUDGMENT AND COMMITMENT/PROBATION

The above named defendant having entered a plea of

ORDERED that the defendant be committed to the custody of the
Youth Rehabilitation Act

ORDERED that the defendant be committed to the custody of the
Department of Corrections pursuant to

ORDERED that the defendant be placed on probation in charge of
and it is further ORDERED that while on probation the defendant
of probation.

Observe the general conditions of probation listed on the back

Cooperate in the collection of medical, psychological
written home Probation Officer.

Treatment                            drug dependency

Restitution

in monthly installments

(see reverse side

Costs in the aggregate amount of

Compensation Act of 1981 and                    have been assessed
have not been paid.

ORDERED that the Clerk deliver a true copy of this order to approp
copy shall serve as the commitment order for the defendant.

4-24-98
Date

Certification by Clerk pursuant to Criminal Rule 32(d)

12-24-98
Date

R. Barke
Deputy Clerk

A-I

and super-
the D.C. Code

Division,
conditions

rdance with

beginning
The Court

Violent Crime

and that the