# **EXHIBIT A-2**

Case Inquiry Screen
01/11/2006

```
DOCKET #: F0089098
  Defendant: MURRAY, ANTONIO                                              SSN: ███               ARR#: 04-98-00619
       aka: MURRAY, ANTONIO         B  M  6'00"   185 lbs                 DOB: ███               PDID: 496-582
      AUSA: TQUINN                  Intake: RIP-PWID/DIST COC                                    FBI:
   Offense: on 02/03/1998 21:10   at 1400 BLK SPRING RD NW                                       CCN: 98-058-076
    Arrest: on 02/03/1998 21:46   at 1400 BLK SPRING RD NW                                       Warrant#:
   by Ofc.: A GREGORY B-2562                                 RIP Ofc.: WITKOWSKI on 02/11/1998
     Judge: WINSTON REID, RHONDA                                 Bond: $99,999,999               Posted:
   Defense: OLSHONSKY, MICHAEL                                    BWI:                           BWQ:
```
---
CASE COUNTS

```
COUNT: A - UCSA DIST. COCAINE - U834
  Filed: 02/04/1998                    Courtroom:
  Judge: BEAUDIN, BRUCE                Continued:                Reason:              Old Cont.: 02/04/1998
   Bond:        $1,000                Bondapplies:             TrialType:
 Phdate:                                Indicted:                Alt SH:
   Disp: 02/11/1998 HELD FOR S.C.G.J.       Plea:
 GJDisp: 02/24/1998 INDICTED           Judgement:
Sentnce:                                 Comment:
Confinement:            to              Compound:          to
  Probation:                            Suspended:          to
    FineAmt:            $0             SuspendAmt:          $0        Alt Suspended Max:
Restitution:            $0             Concurrent:
```

```
COUNT: B - UCSA DIST. COCAINE - 1834
  Filed: 02/24/1998                    Courtroom:
  Judge: REID WINSTON, RHONDA          Continued:                Reason:              Old Cont.: 04/24/1998
   Bond:    $99,999,999               Bondapplies:             TrialType:
 Phdate:                                Indicted: 02/24/1998     Alt SH:
   Disp: 04/24/1998                         Plea: 03/12/1998 GUILTY
 GJDisp:                               Judgement: 03/12/1998 GUILTY JUDGMNT
Sentnce: CONFINEMENT ONLY                Comment:
Confinement: 002 Years   to   006 Years  Compound:          to
  Probation:                            Suspended:          to
    FineAmt:            $0             SuspendAmt:          $0        Alt Suspended Max:
Restitution:            $0             Concurrent:
```

Page  1  of  2

A-2

```
DOCKET #: F0089098
 Defendant: MURRAY, ANTONIO                                      SSN:                          ARR#: 04-98-00619
       aka: MURRAY, ANTONIO         B  M  6'00"    185 lbs      DOB:                           PDID: 496-582
      AUSA: TQUIN                    Intake: RIP-PWID/DIST COC                                 FBI:
   Offense: on 02/03/1998 21:10  at 1400 BLK SPRING RD NW                                       CCN: 98-058-076
    Arrest: on 02/03/1998 21:46  at 1400 BLK SPRING RD NW                                    Warrant#:
    by Ofc.: A GREGORY B-2562                                 RIP Ofc.: WITKOWSKI on 02/11/1998
     Judge: WINSTON REID, RHONDA                                 Bond: $99,999,999            Posted:
   Defense: OLSHONSKY, MICHAEL                                   BWI:                          BWQ:
```

---

CASE COUNTS

```
COUNT: C - UCSA P W/I D COCAINE - 1840
  Filed: 02/24/1998                      Courtroom:
  Judge: REID WINSTON, RHONDA             Continued:             Reason:             Old Cont.: 03/12/1998
   Bond:       $1,000                     Bondapplies:           TrialType:
 Phdate:                                   Indicted: 02/24/1998  Alt SH:
   Disp: 03/12/1998 PLEA TO LESSER INCLD. OFFENSE   Plea:
 GJDisp:                                   Judgement:
 Sentnce:                                  Comment:
Confinement:            to               Compound:             to
  Probation:                             Suspended:            to
    FineAmt:           $0                SuspendAmt:          $0       Alt Suspended Max:
Restitution:           $0                Concurrent:
```

```
COUNT: D - UCSA POSS COCAINE - 2086
  Filed: 03/12/1998                      Courtroom:
  Judge: REID WINSTON, RHONDA             Continued:             Reason:             Old Cont.: 04/24/1998
   Bond:    $99,999,999                   Bondapplies:           TrialType:
 Phdate:                                   Indicted: 03/12/1998  Alt SH:
   Disp: 04/24/1998                         Plea: 03/12/1998 GUILTY
 GJDisp:                                   Judgement: 03/12/1998 GUILTY JUDGMNT
 Sentnce: CONFINEMENT ONLY                 Comment:
Confinement: 100 Days    to              Compound:             to
  Probation:                             Suspended:            to
    FineAmt:           $0                SuspendAmt:          $0       Alt Suspended Max:
Restitution:           $0                Concurrent:
```