# EXHIBIT C

Case 1:05-cv-02220-HHK   Document 5-6   Filed 01/12/2006   Page 1 of 7

L- KENLEY



**Court Services and Offender Supervision Agency for the District of Columbia**
*Community Supervision Services*
*General Supervision Branch*

RECEIVED NOV 8 2001

REPORT OF ALLEGED VIOLATION(S)

OCTOBER 24, 2001

TO: United States Parole Commission

FROM: Mr. J. Epps          Unit: Branch II-A
      CSO                  Telephone: 202-508-1637

Client: MURRAY, ANTONIO    FBI #:525641EA8
DCDC #: 276-388            PDID #:496-582

Action Recommended:   Issue Arrest Warrant

**Sentencing Information:**
Mr. Murray was sentenced on 04/24/1998, for Possession of drugs/ Distribution of drugs. He received a Sentence of 2 to 6yrs. He was paroled to Supervision on 5/25/00, with a full term date of 05/14/2004. He has a special condition of drug aftercare Imposed by USPC.

**Violations:**

ALLEGATION #1 – ILLEG USED NARCOTIC DRUG (0405)
MR. MURRAY ILLEGALLY USED A NARCOTIC DRUG. HE TESTED POSITIVE FOR (OPIATES) ON THESE DATES 12/4/00, 1/29, 2/26, AND 3/26/01. ATTACHED EVIDENCE IN DRUG STATUS REPORT.

ALLEGATION #2-FAILED TO REPORT AS DIRECTED (1004)
Mr. Murray failed to report as directed, in the office on 4/09/01 this offender was given a new reporting date of 5/01/01. On 8/13/01 this CSO call the home of record and left a message for the offender to call hiss CSO by close of the day on 8/15/01. Also in the community on 8/17/01 this CSO seen this offender in the field and told him to be in the office on 8/20/01 to no avail. Attached supporting evidence is a field note. 3cts

**Case Summary:**

Mr. Murray last resided at 628-9th-Street, N.E., with a friend Mr. Willie Jones. He has lived at this address since his release on 5/25/00. Mr. Murray employment status is unknown in that he was working at a temp agency. In reference to his special condition of

*3850 South Capitol Street, S.E. Washington, D.C. 20032*
*Voice: (202) 585-7653  Fax: (202) 585-7661*

C

01/11/06 12:35 FAX 301 492 5563    US PAROLE COMMISSION                                                       @007
Case 1:05-cv-02220-HHK    Document 5-6    Filed 01/12/2006    Page 3 of 7

Court Services and Offender Supervision Agency                                                                  Page 2

Drug Aftercare, the subject has not reported back to supervision to get a referral for treatment.

**Recommendation:**
In view of the facts that this offender is in the Community with out supervision, he has not being back in this office for drug surveillance. This CSO is requesting a Warrant be issued.

Respectfully Submitted,

Signature: _____     10/24/01
    James E. Epps                                       Date
    CSO

Approved By:
Signature: _____     10/24/01
    Warren E. Leggett Jr.                              Date
    SCSO

409 E Street, NW Washington, D.C. 20002
Voice: (202) 508-1637   Fax: (202) 508-1889



**Court Services and Offender Supervision Agency for the District of Columbia**
*Community Supervision Services*
*General Supervision Branch "A"*

### SUPERVISION REPORT

| | |
|---|---|
| CLIENT NAME: Antonio Murray | DATE: 4/10/02 |
| DCDC # (parolees only): 226-388 | COMMUNITY SUPERVISION OFFICER: Epps |

**ADDRESS INFORMATION** (Has this information changed since last report? ☐ Yes ☒ No):
- Address: 628 9th St NE
- Telephone: [redacted]
- Persons Living with You: [redacted]
- Date Moved (if moved during the month):
- Mailing Address (if different from above):

**EMPLOYMENT INFORMATION** (Has this information changed since last report? ☐ Yes ☐ No):
- If unemployed, list means of support:
- Supervisor: Messy
- Employer Name: Corporate Planned Staffing  -785-0600
- Address: 300 W Pratt Street
- Telephone: 410-296-1800
- Job Title: Stick Man
- Gross Pay: 7.25
- How many days did you miss work?    Why?
- Did you bring proof of employment or legal income? ☐ Yes (attach) ☐ No
- Did you change jobs? ☐ Yes ☐ No

**SCHOOL/PROGRAM INFORMATION** (Has this information changed since last report? ☐ Yes ☐ No):
Are you involved in a school, drug, alcohol, or self help program? ☐ Yes ☐ No  If yes, indicates below.

| Program/School: | Counselor/Teacher: | |
|---|---|---|
| Address: | | Telephone: |
| Program/School: | Counselor/Teacher: | |
| Address: | | Telephone: |

| Do you own or drive a vehicle? ☐ Yes ☐ No | Year: | Make: | Color: | Tag #: | Owner: |
|---|---|---|---|---|---|

**REARREST INFORMATION** (Have you been arrested or named a defendant in any criminal case? ☐ Yes ☐ No)

| Date of Arrest: N/A | Place of Arrest: N/A | Charge: N/A | Next Court Date: N/A |
|---|---|---|---|
| Disposition: N/A | Bond Status: N/A | Attorney Name & Telephone: N/A | |

Did you possess or use any illegal drugs? ☒ Yes ☐ No   If yes, type of drug: Penocrit 250 Mg

| ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF RELEASE. | I certify that all information is complete and correct. SIGNATURE: Antonio Murray |
|---|---|
| OFFICE USE ONLY    PDID #: | DOCKET #: |
| Type of Visit:    Supervision Level: | Next Appointment Date: 5-1-01 |
| Officer Notes and Instructions:  ☐ Situation Unchanged | ☐ Referral Today to: |
| Officer Signature: J. Epps | Officer Telephone: |

CORP - OFF
856-482-2222

300 Indiana Avenue, NW, Washington, DC 20001
Voice: (202) 585-7474  Fax: (202) 585-7481

<06 12:36 FAX 301 492 5563  US PAROLE COMMISSION  @009

```
F1-Help     F3-Edit    F4-New Cont  F5-Prv Cont  F6-Nxt Cont    F8-Clear   F10-Exit
Shift-F5 Print DNA Referral   Shift-F7 Print Running Record      Shift-F10 MENU
MENU

08/23/2001      OFFENDER AUTOMATED SUPERVISION INFORMATION SYSTEM      12:09:15
                            FIELD CONTACT                              JEPPS
```

NAME:ANTONIO    MURRAY             DCDC:276-388 PDID:496582    Locat:GSU IV TEAM 17
DOB:                 On Par:05/25/2000 FTDate:05/14/2004 PARstatus:PAR:ACTIVE
SSN:                 On Prob:  /  /    Exp DT:  /  /       PRBStatus:NO PROB OBLIG
CSO:EPPS, JAMES       Phone:508-1637  Unit:GSU IV TEAM 17

    Classification Level: MED MEDIUM       Date Assigned:10/30/2000

       Contact Date: 08/17/2001                  ┌─ Enter valid selection. ─┐
            By Whom: P75    EPPS, JAMES

       Contact Type:     FLV    FIELD VISI       ┌─ Comments - 254 Char. Limit ─┐
   Contact Location:     CV     COMMUNITY        │ f/v seen the offender in the │
    Contact Purpose:     SCH    SCHEDULED VI     │ community and told him to be in the │
          With Whom:     CL     OFFENDER         │ office on 8/20/01.           │
         Next Visit:     08/20/2001              │                              │
               Time:          :                  │                              │
                                                 └─ Esc-Abort/Stop ══ Ctrl-W Save ─┘

```
F2-SAVE     F3-Edit                                        F8-Clear   F10-Exi
Shift-F5 Print DNA Referral   Shift-F7 Print Running Record    Shift-F10 MENU

08/23/2001      OFFENDER AUTOMATED SUPERVISION INFORMATION SYSTEM      12:09:15
                            FIELD CONTACT                              JEPPS
```

NAME:ANTONIO    MURRAY             DCDC:276-388 PDID:496582    Locat:GSU IV TEAM 17
DOB:                 On Par:05/25/2000 FTDate:05/14/2004 PARstatus:PAR:ACTIVE
SSN:                 On Prob:  /  /    Exp DT:  /  /       PRBStatus:NO PROB OBLIG
CSO:EPPS, JAMES       Phone:508-1637  Unit:GSU IV TEAM 17

    Classification Level: MED MEDIUM       Date Assigned:10/30/2000

       Contact Date: 08/17/2001                  ┌─ Enter valid selection. ─┐
            By Whom: P75    EPPS, JAMES

       Contact Type:     FLV    FIELD VISI       ┌─ Comments - 254 Char. Limit ─┐
   Contact Location:     CV     COMMUNITY        │ f/v seen the offender in the │
    Contact Purpose:     SCH    SCHEDULED VI     │ community and told him to be in the │
          With Whom:     CL     OFFENDER         │ office on 8/20/01.           │
         Next Visit:     08/20/2001              │                              │
               Time:          :                  │                              │
                                                 └─ Esc-Abort/Stop ══ Ctrl-W Save ─┘

F2-SAVE     F3-Edit                                        F8-Clear   F10-Exi
Shift-F5 Print DNA Referral   Shift-F7 Print Running Record    Shift-F10 MENU

08/23/2001      OFFENDER AUTOMATED SUPERVISION INFORMATION SYSTEM      12:09:15
                            FIELD CONTACT                              JEPPS

```
         Contact Date: 08/13/●01                    ┌──────────────────────────┐
             By Whom: EPPS, JAMES                   │ Enter valid selection.   │
                                                    └──────────────────────────┘
         Contact Type: TELEPHONE            ┌─ Comments - 254 Char. Limit ─────┐
     Contact Location: RESIDENCE            │ H/V T/C TO THE HOME OF RECORD AND A│
      Contact Purpose: INVESTIGATION        │ MESSAGE WAS LEFT FOR THE OFFENDER TO│
           With Whom: NO CONTACT            │ CALL THIS OFFICE AND SPEAK TO THIS PO│
           Next Visit:   /  /               │ BY CLOSE OF THE DAY ON 8/145/01.   │
                 Time:   :                  │                                    │
                                            └────────────────────────────────────┘

F1-Help    F3-Edit    F4-New Cont   F5-Prv Cont   F6-Nxt Cont   F8-Clear   F10-Exit
                           Shift-F7 Print Running Record        Shift-F10 MENU

08/13/2001        OFFENDER AUTOMATED SUPERVISION INFORMATION SYSTEM      13:40:56
                                  FIELD CONTACT                              JEPPS

NAME:ANTONIO    MURRAY           DCDC:276-388 PDID:496582    Locat:GSU IV TEAM 17
DOB:███████████       On Par:05/25/2000 FTDate:05/14/2004 PARstatus:PAR:ACTIVE
SSN:███████████       On Prob:  /  /    Exp DT:  /  /     PRBStatus:NO PROB OBLIG
CSO:EPPS, JAMES       Phone:508-1637    Unit:GSU IV TEAM 17

     Classification Level: MED MEDIUM      Date Assigned:10/30/2000

         Contact Date: 08/13/2001                   ┌──────────────────────────┐
             By Whom: EPPS, JAMES                   │ Enter valid selection.   │
                                                    └──────────────────────────┘
         Contact Type: TELEPHONE            ┌─ Comments - 254 Char. Limit ─────┐
     Contact Location: RESIDENCE            │ H/V T/C TO THE HOME OF RECORD AND A│
      Contact Purpose: INVESTIGATION        │ MESSAGE WAS LEFT FOR THE OFFENDER TO│
           With Whom: NO CONTACT            │ CALL THIS OFFICE AND SPEAK TO THIS PO│
           Next Visit:   /  /               │ BY CLOSE OF THE DAY ON 8/145/01.   │
                 Time:   :                  │                                    │
                                            └────────────────────────────────────┘

F1-Help    F3-Edit    F4-New Cont   F5-Prv Cont   F6-Nxt Cont   F8-Clear   F10-Exit
                           Shift-F7 Print Running Record        Shift-F10 MENU

08/13/2001        OFFENDER AUTOMATED SUPERVISION INFORMATION SYSTEM      13:40:56
                                  FIELD CONTACT                              JEPPS

NAME:ANTONIO    MURRAY           DCDC:276-388 PDID:496582    Locat:GSU IV TEAM 17
DOB:███████████       On Par:05/25/2000 FTDate:05/14/2004 PARstatus:PAR:ACTIVE
SSN:███████████       On Prob:  /  /    Exp DT:  /  /     PRBStatus:NO PROB OBLIG
CSO:EPPS, JAMES       Phone:508-1637    Unit:GSU IV TEAM 17

     Classification Level: MED MEDIUM      Date Assigned:10/30/2000

         Contact Date: 08/13/2001                   ┌──────────────────────────┐
             By Whom: EPPS, JAMES                   │ Enter valid selection.   │
                                                    └──────────────────────────┘
         Contact Type: TELEPHONE            ┌─ Comments - 254 Char. Limit ─────┐
     Contact Location: RESIDENCE            │ H/V T/C TO THE HOME OF RECORD AND A│
      Contact Purpose: INVESTIGATION        │ MESSAGE WAS LEFT FOR THE OFFENDER TO│
           With Whom: NO CONTACT            │ CALL THIS OFFICE AND SPEAK TO THIS PO│
           Next Visit:   /  /               │ BY CLOSE OF THE DAY ON 8/145/01.   │
```

 

Court Services and Offender Supervision Agency
General Supervision Branch IIA
General Supervision Unit IV Team 17
409 E Street, NW (Bldg B), Room 224
Washington, DC 20011

# DRUG STATUS REPORT

From: JAMES EPPS, Community Supervision Officer        October 24, 2001  10:31 am

Re:  ANTONIO MURRAY                                      PDID:    496-582

The above named defendant was released by the Court with the condition to report to the Drug Detection Unit for evaluation and supervision, and to refrain from illegal drug use.

| DATE | DESCRIPTION | AMP | COC | MTH | OPI | PCP | MAR | ALC |
|---|---|---|---|---|---|---|---|---|
| 04-23-2001 | Surveillance test<br>REGULARLY SCHEDULED TESTING SUSPENDED DUE TO FAILURE TO REPORT. | | | | *Did Not Report* | | | |
| 03-26-2001 | Surveillance test | | Neg | -- | **POS** | Neg | Neg | -- |
| 02-26-2001 | Surveillance test<br>CREATININE LEVEL OF SPECIMEN #9643-1096 WAS 13 MG/DL (NORMAL=172 MG/DL). VALUES LESS THAN 20 MG/DL MAY INDICATE WATER-LOADING. | -- | Neg | -- | **POS** | Neg | Neg | -- |
| 01-29-2001 | Surveillance test | -- | Neg | -- | **POS** | Neg | Neg | -- |
| 12-04-2000 | Surveillance test | -- | Neg | -- | **POS** | Neg | Neg | -- |
| 11-06-2000 | Surveillance test<br>CREATININE LEVEL OF SPECIMEN #9629-2495 WAS 12 MG/DL (NORMAL=172 MG/DL). VALUES LESS THAN 20 MG/DL MAY INDICATE WATER-LOADING. | -- | Neg | -- | Neg | Neg | Neg | -- |

*This information is intended for use only by the court and the attorneys, and not for inclusion in the court jacket.*