# **EXHIBIT D**



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

November 26, 2001

Margaret Quick
Special Assistant to the General Counsel
D.C. Court Services & Offender Supervision
633 Indiana Avenue, N.W.
Room 1351
Washington, D.C. 20004

Re:  Murray, Antonio
     DCDC No. 276-388

Dear Ms. Quick:

We have received the following material:

Warrant request dated 10/24/01

We have taken the following action:

Denied request for warrant. The CSO should be instructed to make a diligent effort to bring the subject back into compliance by contacting him in person. According to the CSO's letter, the subject is residing at the same location. If the CSO is unable to speak to the subject in person, he should leave written instructions for the subject to report to the office. The CSO should determine where the subject is employed and he should be enrolled in substance abuse treatment to address his drug use. If the subject continues to violate the conditions of release, the CSO should promptly request a warrant being issued. If the CSO cannot locate the subject, he should document his efforts in detail and request a warrant at that time.

Sincerely,

Helen A. Herman
Case Services Dep. Administrator

Queued: 11-26-2001 11:45:28 USPO-Special Assistant to the General Counsel

D