**EXHIBIT E**



## Court Services and Offender Supervision Agency
### For the District of Columbia
*Community Supervision Services*
*General Supervision Branch*

### REPORT OF ALLEGED VIOLATION(S)

JUNE 10, 2003

TO:     United States Parole Commission

FROM:   Mr. J. Epps          Unit:      Branch II-A
        CSO                  Telephone: 202-442-1244

Client: MURRAY, ANTONIO      FBI #: 525641EA8
DCDC #: 276-388              PDID #: 496-582
        06276 + 388

Action Recommended:     Issue Arrest Warrant

**Sentencing Information:**
Mr. Murray was sentenced on 04/24/1998, for Possession of drugs/ Distribution of drugs. He received a Sentence of 2 to 6yrs. He was paroled to Supervision on 5/25/00, with a full term date of 05/14/2004. He has a special condition of drug aftercare Imposed by USPC.

**Violations:**

**ALLEGATION #1-FAILED TO REPORT AS DIRECTED (1004)**
Mr. Murray failed to report as directed, This CSO went to the home of record on 5/16/03 and the Gentlemen residing in the basement apartment stated that this offender does not live there. A notice of appointment was left instructing this offender to be in the office on 5/19/03 at 10:30am, to no avail. Also several letters was sent to homes of record for this offender in order to get him into compliance. Attached supporting evidence is a field note. 2cts

**ALLEGATION # 2 failed to keep his CSO informed of his residence**
Mr. Murray failed to tell this CSO his change of residents. On 5/19/03 this CSO sent a letter to the home in Baltimore MD. Instructing him to be in the office on 5/28/03 at 10:00am, also a letter was sent to the address of record in DC instructing him to report to supervision to no avail. Supporting evidence in field notes and letter. 2cts

**ALLEGATION # 3 failed to report for narcotics surveillance**
Mr. Murray has not been seen or heard from by this officer since 4/10/01, he has not had any surveillance. Supporting evidence is field sheet dated 4/10/01.

*3850 South Capitol Street, S.E. Washington, D.C. 20032*
*Voice: (202) 585-7653  Fax: (202) 585-7661*

Court Services and Offender Supervision Agency                            Page 2

**Case Summary:**
Please direct your attention to rav dated 10/24/01 on this offender.
Mr. Murray last resided at 628-9th-Street, N.E., with a friend Mr. Willie Jones. He has lived at this address since his release on 5/25/00. This CSO went to the home of record on 5/16/03 and a resident of the basement apartment stated that he does not live at this address. Also on 5/19/03 certified letters was sent to the two addresses of record instructing this offender to be in the office on 5/28/03 to no avail. Mr. Murray employment status is unknown in that he was working at a temp agency, when he last reported to this office. In reference to his special condition of Drug Aftercare, the subject has not reported back to supervision to get a referral for treatment since 4/10/01.

**Recommendation:**
In view of the facts that this offender is in the Community without supervision, he has not been back in this office for drug surveillance since 4/10/01. This CSO is requesting a Warrant be issued.

Respectfully Submitted,

Signature: _James Epps_                                6/10/03
                James E. Epps                          Date
                CSO

Approved By:
Signature: _W.E. Leggett_                              6/10/03
                Warren E. Leggett Jr.                  Date
                SCSO

409 E Street, NW Washington, D.C. 20002
Voice: (202) 508-1637   Fax: (202) 508-1889



CSO:

g Record

HOME OF RECORD. I
THE BASEMENT
TED THAT THIS
E THERE, HE SAID
STAIRS. A LETTER
CTING HIM TO BE IN

e Violations section

...es Epps
s and Offender Supervision Agency
istrict of Columbia
2nd floor
⊃ 20002

e Use $300



ATTEMPTED NOT KNOWN

No Longer Here →

Mr. Antonio Murray
846 Maple crest Drive
Baltimore MD

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
MAY 20'03
≡ 0.37 ≡
PB METER 7251767
U.S. POSTAGE

41733

<3



GSU XII TM-G

7002 3150 0006 0701 1968

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Moved

Mr. Antonio Murray
846 MapleCrest Drive
Baltimore MD ~~21239~~

WASHINGTON DC MAY 2003

```
08/26/2003 14:12 FAX           US PAROLE COMMISSION                    @018
                               GSU XII TM-G                            @007

ID RECORD(S) FOUND
TO GENERATE NCIC INQUIRY, PAGE TO DESIRED ID RECORD AND PRESS THE ENTER KEY
*****************************************         P/

    MURRAY, ANTONIO              DOB= ████      BLACK   MALE    5'11"  187 LBS
                                 EYES= BRO  HAIR= BLK  SKIN= DRK
                                 ADDR= 3316 BRENDAN AVE BALTIMORE         POB=MD
    SOC'S= ████
    PDID#= 496582
    *** NO CURRENT WANT ***
```