# **EXHIBIT F-1**

# WARRANT
## D.C. Code Offender

**U.S. Department of Justice**
**United States Parole Commission**

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Antonio, Murray, Reg. No. 00276-388, DCDC No. 276-388, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 2-6 years; 100 days consecutive for the crime of Distribution of Cocaine; Possession of Cocaine and was on 5/25/00 released on parole from D.C. Court Services & Offender Supervision with 1450 days remaining;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on September 8, 2003

_____
U.S. Parole Commissioner

---

Murray, Antonio
Reg. No. 00276-388    DCDC No. 276-388

F-1