**<u>EXHIBIT F-2</u>**

# Memorandum



| | |
|---|---|
| **Subject** | **Date** |
| **Warrant Execution Instructions Regarding:** | |
| **Antonio, Murray** | |
| **Reg. No. 00276-388** | **September 8, 2003** |
| **DCDC No. 276-388** | |

| | |
|---|---|
| **To** | **From** |
| | *Casey Skvorc* |
| U.S. Marshal | Casey Skvorc, Ph.D. |
| District of Columbia - Superior Court | Hearing Examiner |
| 500 Indiana Avenue, N.W. | U.S. Parole Commission |
| Room C-250 | |
| Washington, D.C.  20001 | |

Enclosed are the Warrant Application and Warrant issued by the United States Parole Commission for the above-named parolee.  Please notify the Parole Commission promptly of all developments concerning the disposition of this warrant.

**Please assume custody as soon as possible.**

**If the parolee is already in the custody of federal, state, or local authorities, do not execute this warrant.  Place a detainer and notify the Commission.  Also, if a criminal arrest warrant has been issued for this parolee, execution of such criminal warrant shall take precedence.  If after executing this warrant, it is determined that another arrest warrant for the parolee has been executed or was outstanding at the time this parole violator warrant was executed, the arresting officer may, within 72 hours of executing this warrant, release the parolee to the other arrest warrant and place the violator warrant as a detainer. The arresting officer shall promptly notify the Commission of this action.**

**If the prisoner is sentenced to a new federal, state or local term of imprisonment, place the warrant as a detainer and indicate the institution designated for service of sentence.**

After execution of the Warrant, (1) give one copy of Warrant Application to the prisoner; (2) provide one copy of the Warrant Application to the Community Supervision Officer as soon as practical after taking custody; and (3) advise the Parole Commission and the Community Supervision Officer that the subject is in custody (noting the place of confinement and the date warrant was executed).

When prisoner is returned to the designated institution, leave one Warrant and one Warrant Application with the Warden.

**COMMUNITY SUPERVISION OFFICER:**  Please keep the Commission advised of all further developments in this case.  If there has been a conviction of an offense committed while under supervision for which a term of imprisonment is authorized by law (even if no term of imprisonment is imposed in this case), do not conduct a preliminary interview unless the Parole Commission specifically orders that one be conducted.

Enclosure

cc:  Sharon Barnes-Durbin, SCSA

CSS Data Management Group
D.C. Court Services and Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2149
Washington, D.C.  20001

CXS