# **EXHIBIT F-3**

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**

**WARRANT APPLICATION**
D.C. Code Offender

Name.............................. **Murray, Antonio**

Reg. No ......................... **00276-388**
DCDC No. ..................... **276-388**
FBI No .......................... **525641EA8**
Birth Date ...................... ████████
Race .............................. **B**

Date.......................................... **September 8, 2003**
Termination of Supervision ..... **5/14/2004**
[If Conviction Offense Before April 11, 1987 And
Offender Is On Mandatory Release, Termination
Date Is 180 Days Prior To Full Term]
Violation Date ......................... **5/16/2003**
Released ................................ **5/25/00**

Sentence Length............ **2-6 years; 100 days consecutive**
Original Offense ............ **Distribution of Cocaine; Possession of Cocaine**

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**
**Charge No. 1 - Failure to Report to Community Supervision Officer as Directed.** On the following date, 5/16/2003, the subject failed to report to his Community Supervision Officer as directed. This charge is based on the information contained in the violation report dated 6/10/2003 from Community Supervision Officer J.Epps.
I ADMIT [   ] or DENY [   ] this charge.

**Charge No. 2 - Failure to Report Change in Residence.** On 5/19/03, Community Supervision Officer learned that the subject had moved from his last reported residence in Baltimore, MD.. The subject has failed to advise his Community Supervision Officer of his current address and his whereabouts are

Murray, Antonio
Reg. No. 00276-388    DCDC No. 276-388

*F-3*

unknown. This charge is based on the information contained in the violation report dated 6/10/03 from Community Supervision Officer J.Epps.

**I ADMIT [   ] or DENY [   ] this charge.**

**Probable Cause Hearing Is Required**

**Warrant Recommended By:**

Warrant Issued................... **September 8, 2003**

**Casey Skvorc, Ph.D., Hearing Examiner**
**U.S. Parole Commission**

Community Supervision Office Requesting Warrant: **District of Columbia, 1 - Main**