# **EXHIBIT G**

JUNE 21, 2005

FYI      FYI      FYI      FYI      FYI

**TO:** UNITED STATES PAROLE COMMISSION
Chevy Chase, Maryland 20815

**FM:** UNITED STATES MARSHALS SERVICE
Washington, D.C. 20001

**RE:** Warrant Executed

Subject: ANTONIO MURRAY
Registration NO: 28156-016
DCDC: 276-388
PDID: 496-582

The above reference subject was processed on JUNE 21, 2005 by the USMS District of COLUMBIA as a Parole Violator. He was committed to the D.C. Department of Corrections and is in D.C. Jail awaiting further action by the United States Parole Commission.

6