# EXHIBIT H-1

# D.C. PROBABLE CAUSE HEARING DIGEST

Name ........................... : Antonio, Murray

Reg. No. ..................... : 00276-388

Type of Release............ :Parole

Full Term Date When Warrant Issued..: 5/14/2000

Date Warrant Executed : 6.21.05

Hearing Date ....... : 6.24.05

Examiner .............. : P. Howard

Supervision Officer: J. Epps

**Attorney at Probable Cause Hearing:**

[X] PDS      [ ] Other     [ ] None

Name  R. Gonzalez

Address

Phone

**Attorney Representing Subject at Revocation Hearing:**

[X] PDS      [ ] Other     [ ] Unknown

Name  Same

Address

Phone

## I. Items Advised *(Check that the subject has been advised of the following two rights)*:

[ X ] Advised of Right to a Probable Cause Hearing  [ X ] Advised of Right to Attorney

## II. Reason For Not Conducting Probable Cause Hearing
*{If Probable Cause Hearing not conducted, indicate the reason}:*

[  ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

   [  ] At Request of Attorney/Prisoner        [  ] Prisoner Unavailable

   [  ] Other Reason:

[  ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

**Murray, Antonio**
**Reg. No. 00276-388    DCDC No. 276-388**

H-1



## III.  Review of Charges:

**Charge No. 1 - Failure to Report to Community Supervision Officer as Directed**
[ X ] ADMITS          [  ] DENIES

The Subject's Response:_____

_____

_____

_____

[ ✓ ] Probable Cause Found.  After considering the violation report dated 6/10/2003, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1.   Additional reasons for probable cause finding:_____

_____

_____

[  ]  NO PROBABLE CAUSE FOUND

**Charge No. 2 - Failure to Report Change in Residence**
[ X ] ADMITS          [  ] DENIES

The Subject's Response:_____

_____

_____

_____

[ ✓ ] Probable Cause Found.  After considering the violation report dated 6/10/2003, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2.   Additional reasons for probable cause finding:_____

_____

_____

[  ] NO PROBABLE CAUSE FOUND

## IV.  Additional Charges:

_____

_____

_____

_____

_____

_____



# V. Outcome of Probable Cause Hearing:

[ X ] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[   ] **No Probable Cause Found** for any charge.  **Discharge from Custody** immediately and

        [   ] **Reinstate** to Supervision  or  [   ] **Close Case** *(If expiration date has passed)*

[   ] **Probable Cause Found** on one or more charges.  Recommend **Reinstate to Supervision** and

        [   ] **Summon** to revocation hearing or  [   ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

# VI. Adverse Witnesses Identified by the Commission:

Supervision Officer
Name:  J.Epps, CSO, CSOSA
Status:_____Approved          _____Not Approved          _____Pending Further Review

# VII. Adverse Witnesses Requested by Subject:

Name:_____

Address:_____

Phone No._____

Status: [   ] Denied at PC Hearing    [   ] Approved at PC Hearing    [   ] Pending Further Review

Reason for Denial:_____

_____

Name:_____

Address:_____

Phone No._____

Status: [   ] Denied at PC Hearing    [   ] Approved at PC Hearing    [   ] Pending Further Review

Reason for Denial:_____

_____

Name:_____

Address:_____

Phone No._____

Status: [   ] Denied at PC Hearing    [   ] Approved at PC Hearing    [   ] Pending Further Review

Reason for Denial:_____

_____

## VIII.  Adverse Witnesses Identified by Examiner But Not Requested by Subject:

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

**IX. Revocation Hearing:**

[ ] Local Revocation or        [ ] Combined Probable Cause/Local Revocation on:

Location: [ ] CTF  [ ] DC Jail  Date:_____ Time: [ ] am  [ ] pm

[ ] Other at _____

_____

[ ☑ ] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

May Qualify for an Expedited Offer:                                    [ ☑ ] Yes        [ ] No

Additional Text: _____ 6/24/05 _____

_____        6/24/05
Examiner                                        Date

**Disclosure Documents:** Warrant dated September 8, 2003, Warrant Application dated September 8, 2003, Violation Report dated 6/10/2003 with attachments, Parole Certificate dated 5/23/2000, Pre-Sentence Report

**I acknowledge having received the above disclosure documents and a copy of this document.**

_____        6/24/05
Attorney/Prisoner                                Date

Murray, Antonio
Reg. No. 00276-388    DCDC No. 276-388