# **EXHIBIT I**



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301) 492-5821*
*Facsimile: (301) 492-5525*

September 22, 2005

**EXPEDITED COLLATERAL REQUEST**

Jay Whetzel
Deputy Chief
U.S. Probation
District of Maryland
250 West Pratt Street, Suite 400
Baltimore, MD 21201-2423

Re:  Murray, Antonio
    Reg. No. 28156-016
    DCDC No.

Dear Mr. Whetzel:

It appears the above listed offender has been arrested by the Baltimore Police Department and may have received convictions in Maryland. It is unclear if those are all separate offenses please investigate, so the Commission can complete a required task in this case. Your attention to this matter is appreciated.

Charges:  On or about

4-13-01 Possession of a Controlled Dangerous Substance
5-14-01 Manufacture and Distributing a Controlled Dangerous Substance
12-10-01 Attempted Manufacture and Distribution of a Controlled Dangerous Substance – Narcotic

1-18-02 Distribution of Cocaine, Conspiracy to Distribute Cocaine – Conviction (Reception Center, Baltimore)

4-9-04 Manufacture Distribution of Controlled Dangerous Substance
11-29-04 Heroin Distribution – Conviction.

If you have any questions, please contact me at (301) 492-5821 ext. 175.

Sincerely,

Queued: 09-22-2005 15:53:06 USPO-District of Maryland |

*[signature]*

Jordana Randall
Case Analyst Trainee

