# **EXHIBIT J**

## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
## PROBATION & PRETRIAL SERVICES OFFICE

**PROBATION OFFICES**

250 W. PRATT STREET
SUITE 400
BALTIMORE, MD 21201
410-962-4740

9200 EDMONSTON ROAD
SUITE 200
GREENBELT, MD 20770
301-344-0510

WILLIAM F. HENRY
CHIEF

**PRETRIAL OFFICES**

101 W. LOMBARD STREET
SUITE 1625
BALTIMORE, MD 21201
410-962-4820

6500 CHERRYWOOD LANE
SUITE 180
GREENBELT, MD 20770
301-344-0375

September 26, 2005

Jordana Randall
Case Analyst Trainee
U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

RE: MURRAY, Antonio
DOB: ■■■■
Reg. No. 28156-016
Collateral Response

Dear Ms. Randall:

In response to your collateral request under date of September 22, 2005, we submit the following information pertaining to the above noted defendant's arrest history.

### Adult Criminal Convictions

Maryland Rule 719 or Rule 4-213 entitles all defendants to notice of the right to be represented by counsel and to have counsel appointed if indigent for all felony charges since September 1, 1967, and for all lesser offenses since July 1, 1977.

**Date of Arrest** | **Conviction/Court/Disposition**

5/14/01
(Age 34)    Count 1 - CDS: Unlawful Manufacture, Distribution, Etc., Count 2 - CDS: Possession With Intent to Manufacture/Distribute, Count 3 - CDS: Unlawful Possession, Counts 4 thru 6 - Conspiracy. Circuit Court for Baltimore City, Maryland, Case 101157035. On January 11, 2002, the defendant pled guilty to Counts 1 and 4 and sentenced to five years in jail, four years suspended, and probation for three years on both counts to run concurrent, and begin on January 2, 2002. The remaining counts placed the defendant in Criminal Jeopardy and were dropped. A warrant was issued on November 5, 2004, for violation of probation. On January 12, 2005, the defendant was found in violation and sentenced to two years in jail to begin December 31, 2004, and probation was revoked.

This case combines the charges, listed in your letter, for May 14, 2001, January 18, 2002, and November 29, 2004.

*REPLY TO:*
U.S. Probation Office, 250 West Pratt Street, Suite 400, Baltimore, MD 21201 Tel: (410) 962-4644 Fax: (410) 962-0954

Re: Murray, Antonio
Page 2
September 26, 2005

A copy of the Circuit Court disposition is enclosed.

| | |
|---|---|
| 4/9/04<br><br>(Age 37) | Count 1 - CDS: Unlawful Manufacture, Distribution, Etc., Count 2 - CDS: Possession With Intent to Manufacture/Distribute, Count 3 - CDS: Unlawful Possession. Circuit Court for Baltimore City, Maryland, Case 204159063. On October 7, 2004, the defendant pled guilty to Count1 and sentenced to seven years in jail, five years suspended, and probation for three years. The remaining counts placed the defendant in Criminal Jeopardy and were dropped. |

A copy of the Circuit Court disposition is enclosed.

**Other Criminal Conduct**

| Date of Arrest | Charge/Court/Disposition |
|---|---|
| 4/13/01<br><br>(Age 34) | CDS: Possession - Not Marihuana. District Court for Baltimore City, Maryland, Case 2B0130517. On June 15, 2001, the case was placed on a Stet Docket. |

A copy of the Criminal History Display is enclosed.

| | |
|---|---|
| 12/10/01<br>(Age 35) | Count 1 - Attempt - CDS Manufacture/Distribute, Count 2 - CDS: Possession - Not Marihuana. District Court for Baltimore City, Maryland, Case 1B01414974. On January 16, 2002, the charges were placed on a Stet Docket. |

A copy of the Criminal History Display is enclosed.

If I can be of any further assistance to you in your completion of this investigation, please feel free to contact me via E-Mail (Carol_Ostrowski@mdp.uscourts.gov) or at the address or telephone listed below.

Sincerely,

Carol Ostrowski
Administrative Technician

Enclosures

*REPLY TO:*
U.S. Probation Office, 250 West Pratt Street, Suite 400, Baltimore, MD 21201 Tel: (410) 962-4644 Fax: (410) 962-0954