# **EXHIBIT K**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
# PROBATION & PRETRIAL SERVICES OFFICE

**PROBATION OFFICES**

250 W. PRATT STREET
SUITE 400
BALTIMORE, MD 21201
410-962-4740

9200 EDMONSTON ROAD
SUITE 200
GREENBELT, MD 20770
301-344-0518

**WILLIAM F. HENRY**
**CHIEF**

**PRETRIAL OFFICES**

101 W. LOMBARD STREET
SUITE 1635
BALTIMORE, MD 21201
410-962-4820

4500 CHERRYWOOD LANE
SUITE 180
GREENBELT, MD 20770
301-344-0375

September 30, 2005

Jordana Randall
Case Analyst Trainee
U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

RE:    MURRAY, Antonio
DOB: ██████████
Reg. No. 28156-016
**Collateral Response**

Dear Ms. Randall:

I am enclosing the documentation on the arrests listed in my letter of September 26, 2005. Specifically, Circuit Court records on Cases 101157035 and 204159063 and the Statement of Probable Cause on District Court Cases 2B01305117 and 1B01414974.

If I can be of any further assistance to you in your completion of this investigation, please feel free to contact me via E-Mail (Carol_Ostrowski@mdp.uscourts.gov) or at the address or telephone listed below.

Sincerely,

*Carol Ostrowski*

Carol Ostrowski
Administrative Technician

Enclosures



OCT - 5

82

# CIRCUIT COURT FOR BALTIMORE CITY
## ON (38)

101157035      361106   10/30/66          CASE(S)# _____   TER
      SID# 000942717
MURRAY, ANTONIO
324 E LAFAYETTE AV   410'S Connet Wing   IDENT.NO. _____
                                    B/M    DOB _____
BALTIMORE  MD 21202  016004126902         A.R.NO. _____
AKA  MURRAY, TONY

CHARGE(S) _Viol Narc Law_

                                          TRACKING# 

| ATTORNEY | DATE | LOCATION | | DATE | COURT REPORTER | DATE |
|---|---|---|---|---|---|---|
| Rosemary Rainier 1/12/05 | | B.C.J. | SUMMONS | | Video 10:32 | 1/12 |
| | | D.O.C. | BAIL | | | |
| | | O.R. | | | | |
| Katharine Potter 1/12/05 | | | | | | |
| ASST. STATE'S ATTY. | | | | | | |

| DATE | DOCKET ENTRIES | |
|---|---|---|
| 3/6/31 | Circuit Court Docketing Date | |
| | Recognizance taken / District Court | |
| | Recognizance taken / Circuit Court | |
| 3/20/01 | Appearance of _Veloca Ricks_ | Defense |
| | Appearance of | State |
| 3/20/01 | Arraigned and Pleads _N G_ (f) | Election of Trial 10/15/01 |

## MOTIONS

| DEFENSE | | STATE |
|---|---|---|
| Motion for Discovery Fd. | [  ] | Motion for Discovery Fd. |
| Answers To State Discovery Fd. | [  ] | States Disclosure Fd. |
| Defense Disclosure Fd. | [  ] | Answers To Defense Discovery Fd. |
| Motion Pursuant To Md. Rule _____ | [  ] | Notice of States Reliance Fd. |
| Motion To Suppress Fd. | [  ] | Answers To Defendants Bill of Particulars Fd. |
| Defendant Demand For Witness Fd. | [  ] | Motion For Additional Penalties |
| Motion To Dismiss Fd. | [  ] | Notice of Plea Bargain Policy |
| Motion For Bill of Particulars Fd. | [  ] | |
| Omnibus Motion Fd. | [  ] | |
| Motions for Speedy trial | [  ] | |
| Motion For Grand Jury Testimony | [  ] | |

FRANK M. CONAWAY, CLERK

| DATE | DOCKET ENTRIES |
|------|----------------|

10-15-01  To Admin Ct                              (Ross) J

1-11-02   NO. 035   CT 1   PLEA G   CHG ___ GOC ___
          VER. G   TYPE SP   TIME 12 year   BEGIN 1-2-02
          LOC DOC   USP 4yr   P/TIME 3 yrs   PROB
          FINE ___   COSTS W

          NO. 035   CT 4   PLEA G   CHG ___ GOC ___
          VER. G   TYPE T   TIME 12yr 6mo BEGIN 1-2-02
          LOC DOC   SUSP 4yr   P/TIME 3yrs PROB
          FINE ___   COSTS W

          Concurrent w/ 035 Ct 1
          Complete break the cycle
          GOC all remaining counts

                                    (Matricciani J)

12/1  VIOLATION OF PROBATION WARRANT RETURNED CEPI ___
4/11  ___

11/5/05  VIOLATION OF PROBATION WARRANT ISSUED  Matricciani
         Bail set amount $ 5,000

1/12/05  VOP:

         NO. 035   CT 1   PLEA G   CHG  Dist. Cocaine
         VER. G   T   2 yrs   12/3/04
         LOC DOC
                        wd

                        035   4   G   Consp. Dist Cocaine
                        G   T   2 yrs   12/3/04  cc Ct 1 (035)
                        DOC
                                    wd

         Probation terminated              (Matricciani J)

# DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY



LOCATED AT (COURT ADDRESS)

TIME:  0:32

RELATED CASE(S):

DC Case No:  **4B01371577**

|  | COMPLAINANT | | |  | DEFENDANT | | |
|---|---|---|---|---|---|---|---|
| NAME (LAST,FIRST,M.I) | | | TITLE | NAME (LAST, FIRST, M.I) | | | TITLE |
| COLLINS, M C | | | OFF | MURRAY, ANTONIO | | | |
| AGENCY | SUB-AGENCY | | I.D NO.(POLICE) | MAFIS NAME (LAST, FIRST, M.I) | | | TITLE |
| AD | 5903 | | G358 | MURRAY, ANTONIO | | | |

| | | | | I.D.NO. | RACE | SEX | HT. | WT. | D.O.B (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| | | | | 942717 | B | M | 6/0 | 185 | ▬▬▬ |

| WORK TELEPHONE | | HOME TELEPHONE | | HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|---|---|---|---|
| (410 )396-2433 | | (    ) | | BLK | BRO | |

| ADDRESS | | | APT NO. | WORK TELEPHONE | | HOME TELEPHONE | |
|---|---|---|---|---|---|---|---|
| EASTERN DISTRICT | | 1620 EDISON HIGHWAY | | (    ) | | (410 )4885685 | |
| | | | | ADDRESS | | | APT NO. |
| CITY | STATE | | ZIP CODE | 3316  BRENDON AV | | | |
| BALTIMORE | MD | | 21213 | CITY | STATE | | ZIP CODE |
| | | | | | | | 21213 |

☐ DOMESTIC VIOLENCE          ☐ HATE CRIME                              Page 1 of ²

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION (NAME A PLAIN, CONCISE AND DEFINITIVE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED)

PROPERTY SEIZED

- 1 PLASTIC BAG
- 1 SANDWICH BAG
- 15 PINK TOP VIALS WITH A WHITE ROCK SUBSTANCE SUSPECTED COCAINE
- 1 SANDWICH BAG
- 25 PINK TOP VIALS WITH A WHITE ROCK SUBSTANCE SUSPECTED COCAINE
- U.S CURRENCY 92.00 SEIZED FROM MR BRENT ROSS
- U.S CURRENCY 167.00 SEIZED FROM MR MARCUS LISBON

ON 14 MAY 01 AT APPROXIMATELY 2045HRS, THIS OFFICER ALONG WITH OFFICERS THORNES AND COLLINS WERE IN PLAIN CLOTHES, COVERT LOCATION MAKING OBSERVATIONS OF THE OPEN AIR NARCOTIC ACTIVITY OCCURRING IN THE 1200 BLOCK OF BOND ST. THIS AREA IS KNOWN FOR OPEN AIR NARCOTIC ACTIVITY AND HAS BEEN TARGETED BY THESE OFFICERS FOR SEVERAL WEEKS NOW. DURING THE TIME WE MADE NUMEROUS OBSERVATIONS AND ARREST FOR NARCOTICS WHERE SEVERAL OF THE SAME INDIVIDUALS WERE SEEN PARTICIPATING AND BEEN ARRESTED IN REFERENCE. ON THIS DATE AND TIME, WE MADE OBSERVATIONS OF MR ANTONIO MURRAY (MALE, BLACK, WEARING A BLUE COAT, BLACK SHIRT AND DARK BLUES PANTS-DARK COMPLEXION) AS HE WAS SEEN ENTERING THE ALLEY ON THE NORTHWEST SIDE OF 1200 BOND ST. WE OBSERVED MR MURRAY AS HE PLACED A CLEAR PLASTIC BAG CONTAINING SMALL OBJECTS CONSISTANT WITH CDS INSIDE OF A DRAIN PIPE. WHICH TIME MR MURRAY WOULD RETURN BACK TO THE FRONT STEPS LOCATED AT 1235 BOND ST, WHERE HE CONGREGATED WITH OTHER INDIVIDUALS. I THEN OBSERVED A MR MARCUS LISBON (MALE, BLACK, WEARING A YELLOW HEAD BAND,

☐ CONTINUED ON ATTACHED SHEET ( FORM DC/CR 4A )

COURT COPY

PROBABLE CAUSE CHARGES # _____

LACK OF PROBABLE CAUSE CHARGES # _____

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| 05/15/2001 | *M. C.* |
| AGENCY | SUB AGENCY | I.D. NO. |
| AD | 5903 | G358 |

I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT

☐ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT

☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.

| DATE | JUDICIAL OFFICER | COMMISSIONER I.D. NO. |
|---|---|---|
| 5·15·01 | *(sig)* | 1842 |

DE T. JOUR.
CASE NUMBER
TIME: 0:32

DEFENDANT'S NAME (LAST, FIRST, M.I.)
MURRAY, ANTONIO

MAFIS NAME
MURRAY, ANTONIO

CONTINUATION SHEET    PAGE 2 OF 2

## STATEMENT OF PROBABLE CAUSE

### ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/ CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

A MULTI COLOR T-SHIRT, BRAIDED HAIR, DARK COMPLEXION. PREVIOUSLY IDENTIFIED THROUGH PREVIOUS ARREST FOR CDS IN THIS SAME AREA. ALSO I OBSERVED ANOTHER BLACK MALE (WEARING ALL BLACK CLOTHING, DARK COMPLEXION) LATER IDENTIFIED AS MR BRENT ROSS. FOR APPROXIMATELY AN HOUR THESE OFFICER MADE OBSERVATIONS WHERE UNKNOWN MALES AND FEMALES (BLACK AND WHITE) WERE SEEN ENTERING THE BLOCK. THEY WOULD THEN APPROACH MR BRENT ROSS WHO WAS YELLING "I GOT IT HERE". WHICH TIME UNKNOWN PERSON WOULD HAND MR ROSS U.S. CURRENCY IN BILL FORM. MR ANTONIO MURRAY WOULD WAS THEN SEEN RUNNING TO THE NORTHWEST ALLEY OF 1200 BOND ST WHERE OFFICER THORNES AND COLLINS WERE. WHICH TIME MR MURRAY WOULD RETRIEVE SMALL ITEMS FROM A CLEAR BAG AND THEN RETURN BACK IN FORNT OF 1235 BOND ST WHERE I OBSERVED HIM HANDING THE SMALL OBJECTS TO THE UNKNOWN PEOPLE. ONE UNKNOWN PERSON WALKED WITHIN 15 FEET OF MY COVERT LOCATION AND HE WAS EXAMINING THE SMALL OBJECT GIVEN TO HIM BY MR MURRAY AND SAME WAS A PINK TOP VIAL WITH A WHITE SUBSTANCE CONSISTANT WITH CDS. AFTER FUTHER INVESTIGATION, I OBSERVED MR ROSS HANDING MR LISBON U.S. CURRENCY IN BILL FORM THAT HE RETRIEVED FROM THE UNKNOWN PEOPLE. WHEN MR ROSS AND MR MURRAY RETURNED TO THE ALLEY TO RETRIEVE MORE ITEMS FROM THE PLASTIC BAG OFFICER THORNES AND COLLINS HAD TO PLACED THE TWO UNDER ARREST. WHICH TIME A CLEAR PLASTIC BAG CONTAINING A CLEAR SANDWICH BAG W/ 15 PINK TOP VIALS WITH ROCK LIKE SUBSTANCE SUSPECTED COCAINE ALONG WITH ANOTHER SANDWICH BAG WITH 25 PINK TOP VIALS WITH A WHITE ROCK SUBSTANCE SUSPECTED TO BE COCAINE WAS SEIZED. WHICH TIME ALL THREE INDIVIDUALS WERE PLACED UNDER ARREST AND CHARGED ACCORDINGLY.

THESE EVENTS DID OCCUR IN BALTIMORE CITY STATE OF MARYLAND

AS A MEMEER OF THE BALTIMORE POLICE DEPARTMENT I HAVE HAD OVER 40 HOURS OF SPECIALIZED TRAINING IN NARCOTIC ENFORCEMENT. IN MY 6.7 YEARS OF EXPERIENCE AS A POLICE OFFICER I HAVE MADE OR PARTICIPATED IN OVER 1200 ARREST FOR CDS RESULTING IN THE SEIZURE OF THIS SUSPECTED SUBSTANCE.

WITNESS
OFFICER MYRON THORNES/F089/ED/ CODE 1
OFFICER MICHAEL COLLINS/ G358/ED/ CODE 1
OFFICER SEAN MAYO/F535/ED/ CODE 1

CO-DEFENDANTS

MARCUS LISBON 2835 LAKE AV 21213
BRENT ROSS 1223 N BROADWAY 21213
ANTONIO MURRAY 3316 BRENDON AV 21213

CONTINUED ON ATTACHED SHEET ( FORM DC/CR 4A )

COURT COPY

SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE 05/15/2001

ARRESTING OFFICER

AGENCY 4D    SUB-AGENCY 5903    I.D. NO. G358

TRACKING NO.

CBF NO.

Local Incident #: 013E10177

# DISTRICT COURT O. MARYLAND FOR BALTIMORE CITY

DATE: 05/15/2001
TIME: 1:57
RELATED CASE(S):



LOCATED AT (COURT ADDRESS)

DC Case No: 4B01371577

| DEFENDANT'S NAME (LAST,FIRST,M.I) | |
|---|---|
| MURRAY, ANTONIO | COURT COPY |

| COMPLAINANT | | | DEFENDANT | |
|---|---|---|---|---|

| NAME (LAST, FIRST, M.I) | TITLE | NAME (LAST, FIRST, M.I) | TITLE |
|---|---|---|---|
| COLLINS, M C | OFF. | MURRAY, ANTONIO | |

| AGENCY | SUB-AGENCY | I.D.NO.(POLICE) | MAPS NAME (LAST, FIRST, M.I) | TITLE |
|---|---|---|---|---|
| AD | 5903 | G358 | MURRAY, ANTONIO | |

| | | | I.D. NO. | RACE | SEX | HT. | WT. | D.O.B.(MM/DD/YY) |
|---|---|---|---|---|---|---|---|---|
| | | | 942717 | B | M | 6/0 | 185 | |

| WORK TELEPHONE | HOME TELEPHONE | HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|---|---|
| (410 )396-2433 | ( ) | BLK | BRO | |

| ADDRESS | | WORK TELEPHONE | HOME TELEPHONE | |
|---|---|---|---|---|
| EASTERN DISTRICT | 1620 EDISON HIGHWAY | ( ) | (410 )4885685 | |

| | | ADDRESS | | APT.NO. |
|---|---|---|---|---|
| | | 3316  BRENDON AV | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| BALTIMORE | MD | 21213 | | | 21213 |

☐DOMESTIC VIOLENCE    ☐HATE CRIME                                  Page 1 of **2**

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

| 1 | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| | 2 3550 | 01032412 | 05 | 1200 BOND ST BALTIMORE CITY, STATE OF MARYLAND |

...did unlawfully distribute to UNKNOWN PERSONS a controlled dangerous substance of schedule II, to wit: COCAINE.

| IN VIOLATION OF: MD. ANN. CODE | 27 ART. | 286 SEC. | ☐COMMON LAW OF MD. | ☐PUB. LOCAL LAW | ART. | SEC. | PROBABLE CAUSE ___ Y ___ N |
|---|---|---|---|---|---|---|---|
| ☐COMAR / AGENCY CODE NO. | | | ☐ORDINANCE NO. | | AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE | | COMMISSIONER INITIALS: M ID NO. |

| 2 | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| | 3 0233 | 01032412 | 05 14 01 | 1200 BLK BOND ST BALTIMORE CITY, STATE OF MARYLAND |

...did unlawfully possess a controlled dangerous substance of Schedule II, to wit: COCAINE, a narcotic drug, in sufficient quantity to indicate an intention to distribute same.

| IN VIOLATION OF: MD. ANN. CODE | 27 ART. | 286 SEC. | ☐COMMON LAW OF MD. | ☐PUB. LOCAL LAW | ART. | SEC. | PROBABLE CAUSE ___ Y ___ N |
|---|---|---|---|---|---|---|---|
| ☐COMAR / AGENCY CODE NO. | | | ☐ORDINANCE NO. | | AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE | | COMMISSIONER INITIALS: M ID NO. 124 |

CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)

SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | PEACE OFFICER |
|---|---|
| 05/15/2001 | |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| AD | 5903 | G358 |

TRACKING NO.

CBF NO.

FORM DC/CR 2 ( Rev 7/94 )

# DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY

LOCATED AT (COURT ADDRESS)

DISTRICT COURT
CASE NUMBER

DATE: 05/15/2001

TIME: 1:57

Page 2 of 2

| DEFENDANT'S NAME ( LAST, FIRST, M.I. ) | MAFIS NAME | DOB |
|---|---|---|
| MURRAY, ANTONIO | MURRAY, ANTONIO | 10/30/66 |

## STATEMENT OF CHARGES (CONTINUED)

### IT IS FORMALLY CHARGED THAT THE DEFENDANT

**3**

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| 4 3550 | 01032412 | 05-14-01 | 1200 BLK BOND ST |
| | | | BALTIMORE CITY, STATE OF MARYLAND |

...did possess a controlled dangerous substance of schedule II, to wit: COCAINE.

IN VIOLATION OF:  ☒ MD. ANN. CODE  ART. 27  SEC. 287  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW  ART.  SEC.  PROBABLE CAUSE ___ Y ___ N

☐ COMAR / AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  COMMISSIONER INITIALS: ___ ID NO. ___

**4**

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| 2C3550 | 01032412 | 05-14-01 | 1200 BLK BOND ST |
| | | | BALTIMORE CITY, STATE OF MARYLAND |

...did conspire with MARCUS LISBON and BRENT ROSS to unlawfully distribute to a controlled dangerous substance of schedule II, COCAINE.

IN VIOLATION OF:  ☒ MD. ANN. CODE  CL  ART.  SEC.  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW  ART.  SEC.  PROBABLE CAUSE ___ Y ___ N

☐ COMAR / AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  COMMISSIONER INITIALS: ___ ID NO. ___

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| | | | |

IN VIOLATION OF:  ☐ MD. ANN. CODE  ART.  SEC.  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW  ART.  SEC.  PROBABLE CAUSE ___ Y ___ N

☐ COMAR / AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  COMMISSIONER INITIALS: ___ ID NO. ___

CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A )

COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | PEACE OFFICER |
|---|---|
| 05/15/2001 | |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| AD | 5903 | G358 |

TRACKING NO.

CBF NO.

FORM DC/CR 2A (REV 7/94)

☐ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** _____

Located at _____ | Court Address _____ | Zip Code _____ | Telephone _____

State of Maryland

vs.

Case No(s). _01157035_

Tracking No. _016 004 126 4022_

Defendant _Antonio Murray_

Date Sentence Imposed _1-11-02_

D.O.B. _____

I.D. No. _301186 + 500042002_

## COMMITMENT RECORD

TO: ☑ Commissioner of Correction ☐ Warden/Sheriff of [_____] Jail/Detention Center

YOU ARE DIRECTED to receive the above named Defendant who has been sentenced and is hereby committed to your custody by JUDGE _Gilbert J. Markiewicz_ The Defendant has been found guilty as to:

Case/Count/Offense No. _025    041_ | Charge _Dist of Cocaine_ | Art. _27_ | Sec. _730_

Sentence _Cyears 848 Nyear_ | Concurrent with ☐ Consecutive to ☐ Case/Count/Offense No. _____

☐ PAROLE ELIGIBILITY RESTRICTIONS  Art. _____ Sec. _____ (PROVIDE DETAILS IN ADDITIONAL SENTENCING INFORMATION)

Case/Count/Offense No. _025    041_ | Charge _Consp to Dist Coca_ | Art. _27_ | Sec. _390_

Sentence _Cyears 848 Nyear_ | Concurrent with ☐ Consecutive to ☐ Case/Count/Offense number _025.041_

☐ PAROLE ELIGIBILITY RESTRICTIONS  Art. _____ Sec. _____ (PROVIDE DETAILS IN ADDITIONAL SENTENCING INFORMATION)

**SPLIT SENTENCE** — All but [_Nyear_] [_Byear_] is/are suspended and the Defendant is placed on probation for a period of _____ commencing upon _____

CHECK ONE:
1. ____ Release of Defendant from physical incarceration.
2. ____ Release of Defendant from parole, or mandatory supervision pursuant to Art. 41, Sec 4-612.

The total time to be served is [_Nyear_], to run:

**SELECT ONLY ONE**

A. ☐ concurrent with any other outstanding or unserved sentence and begin on [_____]

B. ☐ consecutive to the last sentence to expire of all outstanding and unserved Maryland sentences.

C. ☐ consecutive to the sentence imposed in Case No. [_____]

The Defendant has been awarded [_____] days credit for time served prior to and not including date of sentence (Art. 27, Sec. 638C).

**ADDITIONAL SENTENCING INFORMATION:** PROVIDE PAROLE ELIGIBILITY RESTRICTIONS OR PAROLE RECOMMENDATIONS, IF ANY:

_Offer Hiding Charge_

$_____ court cost(s) have been waived due to indigency.

☐ Commitment is for execution of previously suspended sentence after Defendant was found in violation of probation.
☐ Sentencing modification. This Commitment supersedes commitment issued on: [_____]

**ATTACHMENTS HERETO INCLUDE:** ☐ Additional Sentence(s)  ☑ Order For Probation  ☐ Conditions of Parole
☐ Order For Reimbursement of Public Defender  ☐ Other: _____
☐ Victim Notification Request

TRULY taken from the record of this Court.
WITNESS my Hand and the Seal of said Court this date: | ☐ Appeal Bond set at  $ _____

CC-DC/CR 28 (Rev. 9/99) | Clerk/Judge

# O DER FOR PROBATION

*(Under Art. 27 – Sec. 641A – After Judgment of Conviction)*

STATE OF MARYLAND

Name Antonio Murry

Address 4105 Connet Way

D.O.B. ~~████████~~

IN THE

CIRCUIT COURT FOR BALTIMORE CITY

Docket No. 101157035

Charge (s) Dist + Conspir Cocaine

Conviction of: Ct 1 Ct 34

Counts (s) See above

Charge (s) See above

Ident No. 361106 + 000942717

It is ORDERED, this 11 day of January, 20 02, by the Circuit Court for Balto City, by virtue of the authority conferred upon it by the laws of the State of Maryland, that ☐ the imposition of sentence is suspended or ☑ the execution of the sentence of See Margin has been suspended, for the offense of See above and the defendant is hereby released on Probation ☑ under supervision of the Maryland Division of Parole and Probation, ☐ without supervision for a period of 5 years, effective this day of Upon Release, 20 ......., subject to the following conditions:

1. Report to his Probation Agent as directed and follow his lawful instructions;
2. Work or attend school regularly as directed by his Probation Agent;
3. Get permission from his Probation Agent before:
   a. changing his home address;
   b. changing his job;
   c. leaving the State of Maryland;
   d. owning, possessing, using, or having under his control, any dangerous weapon or firearm of any description;
4. Obey all laws;
5. Notify his Probation Agent at once, if arrested;
6. Permit his Probation Agent to visit his home;
7. Appear in Court when notified to do so;
8. Shall not illegally possess, use, or sell any narcotic drug, "controlled dangerous substance" or related paraphernalia;
9. Shall pay, through the Sheriff's Department the sum of $ .......................................... as follows:
   ☐ Court cost of $ .....................................................................;
   ☐ Fine of $ ..........................................................................;
   In such installments as the Sheriff's Department shall determine and direct or;
   In installments of $ ......................... per .................................
9A. Shall pay through the Division of Parole and Probation the sum of $ ....................... as follows:
   ☐ Attorney fee of $ ..................... to ...............................
   whose address is ...................................................................
   ☐ Restitution of $ ..................... to ...............................
   whose address is ...................................................................
   In such installments as the Division shall determine and direct or;
   In installments of $ ......................... per .................................
10. Special conditions as follows:

TR# 016004126902

Bill #

Complete Break the Cycle

Your first appointment with your Probation Agent is Upon Release, 20 02, and the place to report is 2100 Guilford Ave

Your failure to report could result in your arrest.

_____
Judge

CC-141



STATE'S COPY

DPSCS-DPP-SUP-42 (Revised 3/90)

DPP Case No:2952135



## STATE OF MARYLAND
### DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### DIVISION OF PAROLE AND PROBATION

### SUPERVISION SUMMARY

### Special Report-Request for Warrant
TYPE OF REPORT

| | |
|---|---|
| MURRAY, ANTONIO (AA/M) DOB (10/30/66) | BCCC                                          101157035 |
| Name | Institution/Court                                  Number |
| DIST / CONSPIR-COCAINE | MATRICCIANI |
| Offense | Judge |
| STANDARD | 5 YRS SAB 1 DAY START 1/2/03; 3 YRS PROB |
| Level of Supervision | Sentence |
| NOVEMBER 11, 2002 TO OCTOBER 19, 2004 | NOVEMBER 11, 2002 |
| Period Covered by Report | Date of Sentence |
| | NOVEMBER 11, 2005 |
| Paroled/Released | Expiration |

**RESIDENCE**

3316 BRENDEN AVE
Address

BALTIMORE, MD 21213

**EMPLOYMENT**

| | |
|---|---|
| Employer | Wages |
| Address | Occupation |

| | | | | | |
|---|---|---|---|---|---|
| Home Adjustment: | Satisfactory ☐ | | Unknown ☐ | | Unsatisfactory ☒ |
| Reporting Pattern: | Satisfactory ☒ | | Marginal ☐ | | Unsatisfactory ☐ |
| Overall Adjustment: | Satisfactory ☐ | | Marginal ☐ | | Unsatisfactory ☒ |

**Comments and Recommendations**

### (SEE ATTACHED)

APPROVED: _Cathy D. Johnson_   10-19-04
Supervisor Cathy Johnson, FSI          Date
Address: 301 North Gay Street 3rd flr.
Baltimore, Maryland 21202
Phone: 410-695-1196

_Justin Ross_   10-19-04
Agent/Monitor Justin Ross, AGNTII          Date
Address: 301 North Gay Street 3rd flr.
Baltimore, Maryland 21202
Phone: 410-895-1144

MURRAY, ANTONIO (AA/M) DOB (10/30/66)          REQUEST FOR WARRANT                    P&P#2952135

## COMMENTS AND RECCOMENDATIONS

On 1/11/02 Mr. Murray appeared before your honor for the charge of Conspiracy to distribute Narcotics. Mr. Murray was found guilty and sentenced 5 years suspend all but 1 day, and 3 years probation. In addition to the standard conditions to probation, the offender was also order to complete the Break the Cycle Program.

The purpose of this report is to inform your honor of the offender's poor adjustment to probation. On 4/9/04 Mr. Murray was arrested by the Baltimore City Police Department for CDS Manuf / Dist (Circuit Case # 204159063, Trk # 046009103221). Mr. Murray was convicted of the same on 10/7/04.

In light of the above it is respectfully requested that a Warrant be issued for Violation of Probation.

" I solemnly affirm under the penalties of perjury that contents of this report are true to the best of my knowledge, information and belief."

_Cathy D. Johnson_  10-21-04          _Justin Ross_  11-19-04
Supervisor  Cathy Johnson, FSI          Date          Agent/Monitor  Justin Ross, AGNT II          Date
Address: 301 North Gay Street 3rd flr.          Address: 301 North Gay Street 3rd flr.
          Baltimore, Maryland 21202                    Baltimore, Maryland 21202
Phone: (410) 895-1196          Phone: (410) 895-1144

MURRAY, ANTONIO (AA/M) DOB ████          REQUEST FOR WARRANT                    P&P#2952135


## STATEMENT OF CHARGES


IT IS ALLEGED THAT THE ABOVE NAMED OFFENDER IS IN VIOLATION OF THE FOLLOWING CONDITION(S):

**CONDITION #4**     **OBEY ALL LAWS**

BY BEING ARRESTED ON 4/9/04 FOR CDS MANUF / DIST, AND CONVICTED OF THE SAME ON 10/7/04.


**CONDITION #5**     **NOTIFY HIS PROBATION AGENT AT ONCE IF ARRESTED.**

BY FAILING TO NOTIFY HIS AGENT OF HIS ARREST ON 4/9/04

**CONDITION #8**     **SHALL NOT ILLEGALLY POSSESS, USE OR SELL ANY NARCOTIC DRUG, "CONTROLLED DANGEROUS SUBSTANCE" OR RELATED SUBSTANCE.**

BY BEING ARRESTED ON 4/9/04 FOR CDS MANUF / DIST, AND CONVICTED OF THE SAME ON 10/7/04.


" I solemnly affirm under the penalties of perjury that contents of this report are true to the best of my knowledge, information and belief."


_Cathy D. Johnson_  10-19-04          _Justine Ross_  10-19-04
Supervisor  Cathy Johnson, FSI       Date          Agent/Monitor, Justin Ross, AGNT II       Date
Address: 301 North Gay Street 3rd flr.              Address: 301 North Gay Street 3rd flr.
    Baltimore, Maryland 21202                         Baltimore, Maryland 21202
Phone: (410) 895-1195                              Phone: (410) 895-1144

**MARYLAND JUDICIARY**

☐ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR *Baltimore City*

Located at *100 N. Calvert Street Suite*     Zip Code *21202*  Telephone *410 333 3700*

STATE OF MARYLAND

vs.

Case No(s).: *10164038*

Tracking No. *0160409501702*

Defendant: *Antonio Murray*

Date Sentence Imposed *January 18, 2005*

D.O.B. ▮▮▮▮▮▮

I.D. No.

## COMMITMENT RECORD

TO: ☑ Commissioner of Correction ☐ Warden/Sheriff of _____ Jail/Detention Center

YOU ARE DIRECTED to receive the above named Defendant who has been sentenced and is hereby committed to your custody by JUDGE *Albert Matricciani*     The Defendant has been found guilty as to:

| Case/Court/Offense No. *14 (vof)* | Charge: *Distribution Cocaine* | Art. *27* | Sec. *286* |

Sentence *3 years*     Concurrent with · Consecutive to Case/Count/Offense No.

☐ PAROLE ELIGIBILITY RESTRICTIONS   Art. ____ Sec. ____  (PROVIDE DETAILS IN ADDITIONAL SENTENCING INFORMATION)

| Case/Court/Offense No. *14 (vof)* | Charge *Csp. Dist. Cocaine* | Art. *27* | Sec. *290* |

Sentence *3 years*     Concurrent with · Consecutive to Case/Count/Offense number ___ *14 (vof)*

☐ PAROLE ELIGIBILITY RESTRICTIONS   Art. ____ Sec. ____  (PROVIDE DETAILS IN ADDITIONAL SENTENCING INFORMATION)

**SPLIT SENTENCE**   All but _____ is/are suspended and the Defendant is placed on probation for a period of _____ commencing upon:

CHECK ONE: 1. ____ Release of Defendant from physical incarceration.
2. ____ Release of Defendant from parole, or mandatory supervision pursuant to Art. 41, Sec 4-612.

The total time to be served is *3 years* , to run:

**SELECT ONLY ONE**
A. ☑ concurrent with any other outstanding or unserved sentence and begin on *12-03-04*
B. ☐ consecutive to the last sentence to expire of all outstanding and unserved Maryland sentences.
C. ☐ consecutive to the sentence imposed in Case No. _____

The Defendant has been awarded _____ days credit for time served prior to and not including date of service (Criminal Procedure Article, § 6-218).

ADDITIONAL SENTENCING INFORMATION: | PROVIDE PAROLE ELIGIBILITY RESTRICTIONS OR PAROLE RECOMMENDATIONS, IF ANY: *Probation before judgment*

As defined in Criminal Procedure Article § 11-701, and subject to requirements of §§ 11-701 to 11-721 Defendant to be registered as a:
☐ *CHILD SEXUAL OFFENDER*   ☐ *OFFENDER*   ☐ *SEXUALLY VIOLENT OFFENDER and/or*
☐ *SEXUALLY VIOLENT PREDATOR*

$ _____ court costs(s) have been waived due to indigency.

☐ Commitment is for execution of previously suspended sentence after Defendant was found in violation of probation.
☐ Sentencing modification. This Commitment supersedes commitment issued on: _____

ATTACHMENTS HERETO INCLUDE: ☐ Additional Sentence(s)  ☐ Order For Probation  ☐ Conditions of Parole
☐ Order For Reimbursement of Public Defender  ☐ Other: _____
☐ Victim Notification Request

TRULY taken from the record of this Court.      ☐ Appeal Bond set at  $ _____
WITNESS my Hand and the Seal of said Court this date:

*Jail 4/10/04*

*alias Tony Murray*

C.I. #   **204155063**

*I.D# 36110b*

**STATE OF MARYLAND**
-VS-
**CC#04/6D05144**
**ANTONIO MURRAY**
**DOB-10/30/66**
**SID#942717 TRKG#04-6009-10322-1**
**DCCN#1B01608678**

**Information**

*Patricia C Jessamy*

**The State's Attorney for the City of Baltimore**

Mr. Clerk:
**Please file, etc.**

1. This paper charges you with committing a crime.

2. If you have been arrested, You have the right to have a judicial officer decide whether you should be released from jail until trial.

3. You have the right to have a lawyer.

**WITNESSES:**

4. A Lawyer can be helpful to you by:
   (A) Explaining the charges in this paper;
   (B) Telling you the possible penalties;
   (C) Helping you at trial;
   (D) Helping you protect your constitutional rights; And
   (E) Helping you get a fair penalty if convicted.

5. Even if you plan to plead guilty, a lawyer can be helpful.

6. If you want a lawyer but do not have the money to hire one, the Public Defender may provide a lawyer for you. The court clerk will tell you how to contact the Public Defender.

7. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

8. DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER. If you do not have a lawyer before the trial date, you may have to go to trial without one.

**BCPD-CHEMISTRY LAB: JAMIE BOWEN (Z010)**

**BCPD-NORTHWESTERN DISTRICT**
**242 W. 29TH STREET**
**BALTIMORE, MARYLAND 21211**
- P/O KEITH GLADSTONE  (E987)
- P/O JUAN DIAS (G949)
- P/O DARYLL COATES (G766)

**VIOLATIONS OF NARCOTIC LAWS**

**ASA DAWN JONES**
**(ID#418550)**

## STATE OF MARYLAND,
### City of Baltimore, to wit:
### IN THE CIRCUIT COURT FOR BALTIMORE CITY

---

THE STATE OF MARYLAND
-VS-
# ANTONIO MURRAY
DEFENDANT[S]

---

Date of Offense: **APRIL 9, 2004**

Location: **4400 BLK. DAYTONA AVENUE**

Complainant:  **P/O KEITH GLADSTONE**

## CRIMINAL INFORMATION

The State's Attorney for Baltimore City, duly authorized by law, on her official oath informs the said Court that the above named DEFENDANT (S), late of said City, heretofore on or about the date(s) of offense set forth above, at the location set forth above, in the City of Baltimore, State of Maryland, unlawfully did DISTRIBUTE a certain Controlled Dangerous Substance of **SCHEDULE#I**, to wit: **HEROIN**, which is a Narcotic Drug to a certain **JOHN DUNCAN** in violation of the Criminal Law article, Section 5-602 of the Annotated Code of Maryland; against the peace, government and dignity of the State.
**[CR 5-602] (2 0696)**

### SECOND COUNT

And the State's Attorney aforesaid, with powers and authority as aforesaid, informs the said Court that the said DEFENDANT (S), late of said City, on the said date, at the said place, at the City aforesaid, did unlawfully possess a controlled dangerous substance of **SCHEDULE#I**, to wit: **HEROIN**, which is a Narcotic Drug in sufficient quantity reasonably to indicate under all circumstances an **INTENT TO DISTRIBUTE** the same, in violation of Criminal Law Article, Section 5-602 of the Annotated Code of Maryland, and against the peace, government and dignity of the State.
**[CR 5-602] (1 0233)**

### THIRD COUNT

And the State's Attorney aforesaid, with powers and authority as aforesaid, informs the said Court that the said Defendant (s), late of said City, on the said date, at the said place, at the City aforesaid, unlawfully did **POSSESS** a certain Controlled Dangerous Substance of **SCHEDULE#I**, to wit: **HEROIN**, in violation of Criminal Law Article, Section 5-601 of the Annotated Code of Maryland, and against the peace, government and dignity of the State.
**[CR 5-601] (4 3550)**

*Patricia C. Jessamy*

**THE STATE'S ATTORNEY FOR THE CITY OF BALTIMORE**

US PAROLE COMM

Local Incident #: 046D05144

DATE: 04/09/2004

# DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY

TIME: 19:16

RELATED CASE(S):

LOCATED AT (COURT ADDRESS)

CLERKS OF

WABASH AVE., BALTO, MD 21215

DC Case No: 1B01608678

DEFENDANTS (LAST,FIRST,M.I)

MURRAY, ANTONIO

**STATE'S ATTORNEY**

| COMPLAINANT | | | DEFENDANT | | |
|---|---|---|---|---|---|
| NAME (LAST,FIRST,M.I) | | TITLE | NAME (LAST, FIRST, M.I) | | TITL |
| GLADSTONE, KEITH A | | OFF | MURRAY, ANTONIO | | |

| AGENCY | SUB-AGENCY | I.D.NO (POLICE) |
|---|---|---|
| AD | 5906 | E987 |

MAFIS NAME (LAST, FIRST, M.I)                    TITLE

MURRAY, ANTONIO

| I.D.NO. | RACE | SEX | HT. | WT. | D.O.B.(MM/DD/YY) |
|---|---|---|---|---|---|
| 942717 | B | M | 6/0 | 182 | |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| (410 )3962466 | (000 )0000000 |

| HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|
| BLK | BRO | |

| ADDRESS | APT.NO. |
|---|---|
| NORTHWEST DISTRICT | 5271 REISTERSTOWN ROAD |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| ( ) | ( ) |

ADDRESS                                          APT.NO.

3316  BRENDAN AV

| CITY | STATE | ZIP CODE |
|---|---|---|
| BALTIMORE | MD | 21215 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| BALTO | MD | |

☐DOMESTIC VIOLENCE         ☐HATE CRIME                    Page 1 of **2**

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1**

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) 4400 BLK DAYTONA AVE |
|---|---|---|---|
| 2 0696 | 04028662 | 04-09-04 | BALTIMORE CITY, STATE OF MARYLAND |

..did unlawfully distribute to JOHN DUNCAN a controlled dangerous substance of Schedule II,
wit:COCAINE, a narcotic drug.

| LATION OF: NN. CODE | CR ART. | 5-602 SEC. | ☐COMMON LAW OF MD. | ☐PUB. LOCAL LAW | ART. | SEC. | PROBABLE CAUSE Y N |
|---|---|---|---|---|---|---|---|
| I/ AGENCY CODE NO. | | | ☐ORDINANCE NO. | AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE | | COMMISSIONER INITIALS | ID NO. |

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) 4400 BLK DAYTONA AVE |
|---|---|---|---|
| 4 3550 | 04028662 | 04-09-04 | BALTIMORE CITY, STATE OF MARYLAND |

possess a controlled dangerous substance of schedule II, to wit:COCAINE.

| CR ART. | 5-601 SEC. | ☐COMMON LAW OF MD. | ☐PUB. LOCAL LAW | ART. | SEC. | PROBABLE CAUSE Y N |
|---|---|---|---|---|---|---|
| CODE NO. | | ☐ORDINANCE NO. | AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE | | COMMISSIONER INITIALS: | ID NO. |

ATTACHED SHEET (FORM DC/CR 2A)

DER THE PENALTIES OF PERJURY THAT THE
ET FORTH IN THE FOREGOING DOCUMENT ARE
AY KNOWLEDGE, INFORMATION AND BELIEF.
EACE OFFICER

NCY              I.D. NO.
                 E987

TRACKING NO.

US PAROLE COMMISSION
BALTIMORE CITY
Case 1:05-cv-02220-HHK Document 5-17 Filed 01/12/2006 Page 18 of 21
DATE: 04/09/2004
TIME: 19:16
Page 2 of 2

LOCATED AT (COURT ADDRESS)

5800 WABASH AVE., BALTO, MD 21215

DISTRICT COURT
CASE NUMBER

| DEFENDANT (LAST, FIRST, M.I.) | MAFIS NAME | DOB |
|---|---|---|
| MURRAY, ANTONIO | MURRAY, ANTONIO | 10/30/66 |

## STATEMENT OF CHARGES (CONTINUED)

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**3**

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| 3 0233 | 04028662 | 04-09-04 | 4400 BLK DAYTONA AVENUE |
| | | | BALTIMORE CITY, STATE OF MARYLAND |

...did unlawfully possess a controlled dangerous substance of Schedule II, to wit: cocaine, a narcotic drug, in sufficient quantity to indicate an intention to distribute same.

IN VIOLATION OF:
☑MD. ANN. CODE CR 5-602
ART. SEC.

☐COMMON LAW OF MD. ☐PUB. LOCAL LAW
ART. SEC.

PROBABLE CAUSE Y N

☐COMAR / AGENCY CODE NO. ☐ORDINANCE NO.
AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS: _____ ID NO. 779

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|

IN VIOLATION OF:
☐MD. ANN. CODE ART. SEC.

☐COMMON LAW OF MD. ☐PUB. LOCAL LAW
ART. SEC.

PROBABLE CAUSE Y N

☐COMAR / AGENCY CODE NO. ☐ORDINANCE NO.
AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS: _____ ID NO. _____

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|

IN VIOLATION OF:
☐MD. ANN. CODE ART. SEC.

☐COMMON LAW OF MD. ☐PUB. LOCAL LAW
ART. SEC.

PROBABLE CAUSE Y N

☐COMAR / AGENCY CODE NO. ☐ORDINANCE NO.
AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS: _____ ID NO. _____

CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A )

STATE'S ATTORNEY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

09/2004

PEACE OFFICER

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| | 5906 | E.987 |

TRACKING NO. _____

CBF NO. _____

FORM DC/CR 2A (REV 7/94)

US PAROLE COMMISSION

| CIRCUIT COURT | DISTRICT COURT OF MARYLAND FOR _Balt City_ |

Located at _110 N. Calvert Street_ Zip Code _21202_ Telephone _333-3750_

STATE OF MARYLAND

_Ann Troy_ vs. _Murray_

**Defendant** _Reginald Murray_
D.O.B.

Case No(s). _304159043_
Tracking No. _0460091032d1_
Date Sentence Imposed _Oct 7 2004_
I.D. No. _SID 942717_

### COMMITMENT RECORD

TO: ☑ Commissioner of Correction ☐ Warden/Sheriff of _____ Jail/Detention Center
YOU ARE DIRECTED to receive the above named Defendant who has been sentenced and is hereby committed to your custody by JUDGE _Michael R. Pearson_  The Defendant has been found guilty as to:

| Case/Court/Offense No. | _041_ | Charge | _Att. Murder_ | Art. | _CR_ | Sec. | _0.04_ |

Sentence _7 years incl. suspend_     Concurrent with  Consecutive to Case/Count/Offense No.

☐ PAROLE ELIGIBILITY RESTRICTIONS   Art. ___ Sec. ___ (PROVIDE DETAILS IN ADDITIONAL SENTENCING INFORMATION)

| Case/Court/Offense No. | | Charge | | Art. | | Sec. | |

Sentence      Concurrent with  Consecutive to Case/Count/Offense number

☐ PAROLE ELIGIBILITY RESTRICTIONS   Art. ___ Sec. ___

**SPLIT SENTENCE** All but _suspend_ is/are suspended and the Defendant is placed on probation for a period of _suspend_ commencing upon:

CHECK ONE: 1. ☑ Release of Defendant from physical incarceration.
2. ___ Release of Defendant from parole, or mandatory supervision pursuant to Art. 41, Sec 4-612.

The total time to be served is _suspend_ , to run:

SELECT ONLY ONE
A. ☑ concurrent with any other outstanding or unserved sentence and begin on _A. 4-04_
B. ☐ consecutive to the last sentence to expire of all outstanding and unserved Maryland sentences.
C. ☐ consecutive to the sentence imposed in Case No. ___

The Defendant has been awarded ___ days credit for time served prior to and not including date of service (Criminal Procedure Article, § 6-218).

TRUE COPY TEST

FRANK M. CONAWAY, CLERK

ADDITIONAL SENTENCING INFORMATION: PROVIDE PAROLE ELIGIBILITY RESTRICTIONS OR PAROLE RECOMMENDATIONS, IF ANY:

As defined in Criminal Procedure Article § 11-701, and subject to requirements of §§ 11-701 to 11-721 Defendant to be registered as a:
☐ CHILD SEXUAL OFFENDER  ☐ OFFENDER  ☐ SEXUALLY VIOLENT OFFENDER and/or
☐ SEXUALLY VIOLENT PREDATOR

$ _____ court costs(s) have been waived due to indigency.

☐ Commitment is for execution of previously suspended sentence after Defendant was found in violation of probation.
☐ Sentencing modification. This Commitment supersedes commitment issued on: ___

ATTACHMENTS HERETO INCLUDE: ☐ Additional Sentence(s) ☐ Order For Probation ☐ Conditions of Parole
☐ Order For Reimbursement of Public Defender ☐ Other: ___
☐ Victim Notification Request

TRULY taken from the record of this Court.
WITNESS my Hand and the Seal of said Court this date:

☐ Appeal Bond set at $ ___

Clerk/Judge

CC-DC/CR 28 (Rev. 10/2001) Print Date (4/2003)

01/11/00  12:00 FAX 301 492 5553    US PAROLE COMMISSION    Ø055

PFSP016  PAGE: 01  OFFENDER STATEMENT OF PROBABLE CAUSE    DATE: 09/26/2005
                              DBMTS                          TIME: 14:35
SID NUMBER: 942717        NAME: ANTONIO
TRACKING #: 016002114122    ARREST DATE: 04/13/2001    MURRAY
                                                  CBF NUMBER:  CBF2001347340

                    STATEMENT OF PROBABLE CAUSE

    ON 4/13/01 AT APPROX. 2155HR. THIS OFC. ALONG WITH OFC. MEAGHER,
P/O FESER AND SGT. PALMERE WERE WORKING PLAIN CLOTHES IN AN
UNMARKED VEHICLE IN AND AROUND THE AREA OF 1600 E. FEDERAL ST.
THIS AREA IS NOTORIOUS FOR ILLEGAL NARCOTIC ACTIVITY. AT THIS
TIME WE OBSERVED A BLACK MALE LATER IDENTIFIED AS MR. ANTONIO
MURRY LOITERING IN THE BLOCK. THIS OFC. ALONG WITH SGT. PALMERE
EXITED THE VEHICLE AND APPROACHED MR. MURRY FOR THE PURPOSE
OF CONDUCTING A FIELD INTERVIEW. UPON SEEING THE OFFICERS MR.
MURRY BEGAN FLEEING ON FOOT. THIS OFC. AND SGT. PALMERE FOLLOWED
MR. MURRY AND AS HE ENTERED THE EVEN SIDE ALLEY IN THE 1500BLK.
OF BETHEL ST. DROPPED SEVERAL SMALL OBJECTS TO THE GROUND AND
CONTINUED RUNNING. SGT. PALMERE STOPPED AND RECOVERED THE OBJECTS
WHICH WERE 8 RED TOP VIALS CONTAINING A WHITE ROCK SUBSTANCE.(SUSPECTED
COCAINE) MR. MURRY WAS APPREHENDED IN THE 1600BLK. OF OLIVER
ST. BY P/O MEAGHER AND PLACED UNDER ARREST. ALL EVIDENCE WAS
SUBMITTED TO ECU BY OFC. FESER.    AS A MEMBER OF THE BALTO.
POLICE DEPT. I HAVE RECEIVED APPROX. 60HRS. IN SPECIALIZED TRAINING
IN NARCOTIC ENFORCEMENT. I HAVE MADE APPROX. 750 ARREST IN MY
5YRS. OF EXPERIENCE.

01/11/06  12:58 FAX 301 492 5563     US PAROLE COMMISSION                    @056

PFSPO1C                              OBMIS                              DATE: 09/26/2005
         PAGE: 01  OFFENDER STATEMENT OF PROBABLE CAUSE                 TIME: 14:35
SID NUMBER: 942717          NAME: ANTONIO
TRACKING #: 016002153591    ARREST DATE: 12/10/2001      MURRAY
                                                         CBF NUMBER:
                        STATEMENT OF PROBABLE CAUSE

DECEMBER 10.2001 AT APPROX. 1245HRS. YOUR OFFICER WAS IN A COVERT
LOCATION OVERLOOKING THE 1500BLK. E. LANVALE ST.DURING THIS
TIME I OBSERVED A BLACK MALE WEARING BLUE JEANS,BLACK COAT AND
BROWN BOOTS LATER I.D. AS TONY MURRAY M/B/10 30 1966.. MR. MURRAY
BENT DOWN BY A TREE AND REMOVED FROM UNDER THE DIRT SEVERAL
WHITE OBJECTS SUSPECTED CDS . MR MURRAY THEN HANDED THE SUSPECTED
CDS TO TWO UNKNOWN BLACK FEMALES AND A WHITE MALE WEARING MARROON
SWEATPANTS. GREY SWEATSHIRT LATER I.D. AS JOSEPH DOUGLAS CURRY
M/W/11/30/1967..YOUR OFFICER NOTIFIED P/O OLIVER AND P/O SCHLUDERBERG
OF THE INCIDENT.THEY RESPONDED TO THE AREA AND STOPPED MR.JOSEPH
CURRY IN THE 1500 BLK. E. LANVALE. AS P/O SCHLUDERBERG APPROACHED
MR. CURRY  HE SHOVED A COUPLE WHITE OBJECTS IN TO HIS MOUTH.P/O
SCHLUDERBERG THE OBSERVED MR. CURRY SPIT TO THE GROUND FROM
HIS MOUTH 2 GEL CAPS CONTAINING A WHITE POWDER SUSPECTED HERION.MR.
CURRY WAS THEN PLACED UNDER ARREST.P/O SCHLUDERBERG RECOVERED
THE 2 GEL CAPS FROM THE GROUND.MR TONY MURRAY WAS ALSO PLACED
UNDER ARREST IN THE 1500 B;LK. E. LANVALE ST., YOUR OFFICER
WENT OVER TO THE TREE WHERE MR. MURRAY RETREIVED THE WHITE OBJECTS
SUSPECTED CDS FROM THE GROUND AND OBSERVED A EMPTY PLASTIC BAG
INSIDE A SMALL HOLE BY THE TREE. YOUR OFFICER WAS UNABLE TO
LOCATE THE TWO UNKNOWM BLACK FEMALES THAT MR.MURRAY HANDED THE
SUSPECTED CDS TO.NO ONE ELSE WAS IN THE AREA OF THE TREE BUT
MR MURRAY DURING THIS INCIDENT.
        AS A MEMBER OF THE BALTIMORE POLICE DEPT. I HAVE
RECEIVED 40 HOURS OF SPECIALIZED NARCOTIC ENFORCEMENT TRAINING.
AND HAVE MADE OR PARTICIPATED IN 700 ARRESTS LEADING TO THE
SEIZURE OF THIS SUSPECTED SUBSTANCE. IN MY 10 YEARS EXPERIENCE
AS A BALTIMORE POLICE OFFICER.