# **EXHIBIT L**

| U.S. DEPARTMENT OF JUSTICE | SUPPLEMENT |
|---|---|
| UNITED STATES PAROLE COMMISSION | D.C. Code Offender |

Name ....................... Murray, Antonio
Reg. No .................... 28156-016
DCDC No. ................... 276-388
FBI No. .................... 525 641 EA8
Birth Date ................. ███████
Race ....................... Black
Date ....................... January 4, 2006 ~~2005~~

CHARGES:

Charge No. 3 - Law Violation – a) Distribution of (Crack) b) Conspiracy to Distribute (Crack) Cocaine. On 5-14-01, the releasee and co-defendants sold crack cocaine to unknown individuals. The releasee was then observed placing the narcotics back inside a drain pipe. When apprehended a total of 40 vials of crack cocaine were retrieved from the drain pipe. The releasee was arrested by Baltimore City, Maryland Police for the above-cited offenses on the same day. On 1-11-02, the releasee was convicted by Maryland Circuit Court for the above-cited offenses and as to charge a sentenced to 5 years incarceration all but 1 year suspended. As to charge b the releasee was sentenced to 5 years incarceration all but 1 year suspended and 3 years probation to run concurrent with charge a. This charge is based on the information contained in the collateral response dated 9-30-05, police report dated 5-15-01, and a judgment dated 1-11-02. Status of Custody/Criminal Proceedings: The releasee has completed service of this sentence.
a) I ADMIT [ ] or DENY [ ] this charge.
b) I ADMIT [ ] or DENY [ ] this charge.

Charge No. 4 - Law Violation – Distribution of Heroin. On 4-9-04, the releasee sold heroin to an unknown individual. The releasee was arrested by Baltimore City, Maryland Police for the above-cited offense on the same day. On 10-7-04, the releasee was convicted by Maryland Circuit Court for the above-cited offense and sentenced to 7 years incarceration all but 2 years suspended and 3 years probation. This charge is based on the information contained in the collateral response dated 9-30-05 and statement of charges dated 10-19-04, and a judgment dated 1-13-05. Status of Custody/Criminal Proceedings: The releasee has completed service of this sentence.
I ADMIT [ ] or DENY [ ] this charge.

Warrant Issued ............ September 8, 2003
District Sent To .......... General Supervision Unit XI-Team 19

**Warrant Recommended By:**

Murray, Antonio
Reg. No. 28156-016   DCDC No. 276-388
Warrant Application Supplement
Page 1
Queued: 01-04-2006 10:09:26 USM-District of Columbia - District Court | USPO-General Supervision Unit XI-Team 19, 3850 South Capitol |



Jordana Randall, Case Analyst Trainee
U.S. Parole Commission



Murray, Antonio
Reg. No. 28156-016    DCDC No. 276-388
Warrant Application Supplement
Page 2
Queued: 01-04-2006 10:09:26 USM-District of Columbia - District Court | USPO-General Supervision Unit
XI-Team 19, 3850 South Capitol |