# **EXHIBIT M**



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

January 5, 2006

Federal Public Defender
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Re:    Murray, Antonio
       Reg. No. 28156-016
       DCDC No. 276-385

Dear Federal Public Defender:

This letter is to advise that the above-referenced offender has incurred new arrests and convictions. Enclosed is the supplemental information and supporting documentation.

If you have any questions, please contact me at (301)492-5821 ext 175.

Sincerely,

Indiana Randall
Case Analyst Trainee

M