# EXHIBIT N

**Posch, Pamela A. (USPC)**

| | |
|---|---|
| **From:** | Gobble, Lori (USPC) |
| **Sent:** | Thursday, January 05, 2006 9:38 AM |
| **To:** | 'ROverstreet@pdsdc.org' |
| **Cc:** | Randall, Jordana (USPC); Jackson, Deirdre (USPC); Posch, Pamela A. (USPC) |
| **Subject:** | Murry, Antonio Reg. No. 28156-016 |
| | |
| **Importance:** | High |

## PLEASE BE ADVISED THAT MR. MURRY'S INSTITUTIONAL REVOCATION HEARING IS SCHEDULED FOR MONDAY, JANUARY 30, 2006 PM.

## IF YOU HAVE ANY QUESTIONS PLEASE FEEL FREE TO CONTACT ME.

## THANK YOU IN ADVANCE

## LORI GOBBLE
## U.S. PAROLE COMMISSION 1/5/06

1