UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTONIO MURRAY, | : | |
|     Petitioner | : | Civil Action No. 05-02220 (HHK) |
| | : | |
| v. | : | |
| | : | |
| U.S. PAROLE COMMISSION, et al., | : | |
|     Respondents | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney
    D.C. Bar Number 451-058

    _____
    ROBERT D. OKUN
    Assistant United States Attorney
    Chief, Special Proceedings Section
    D.C. Bar Number 457-078

    _____
    SHERRI L. BERTHRONG
    Assistant United States Attorney
    D.C. Bar No. 249-136
    Sherri.Berthrong@usdoj.gov
    Special Proceedings Section
    555 4th Street, N.W., Room 10-450
    Washington, D.C. 20530
    (202) 514-6948

-2-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Antonio Murray, DCDC No. 276-388, District of Columbia Correctional Treatment Facility, 1901 E. Street, S.E. Washington, D.C. 20003, this 12th day of January, 2006.

                                                        _____
                                                        Sherri L. Berthrong
                                                        Assistant United States Attorney