UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO MURRAY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. PAROLE COMMISSION, et al., )<br>)<br>Respondents. )<br>) | Civil Action 05-02220 (HHK) |

## ORDER

In accordance with the Memorandum Opinion issued this 27th day of January, 2006, it is

**ORDERED** that the petition for writ of habeas corpus is **DENIED**. It is

**FURTHER ORDERED** that the case is **DISMISSED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Henry H. Kennedy, Jr.
United States District Judge